# EXHIBIT A

 

Division of Epilepsy & Clinical Neurophysiology
Boston Children's Hospital
300 Longwood Avenue
Boston, Massachusetts 02115
*phone*: 617-███-████  |*fax*: 617-███-████

July 25, 2023

Re: Diana Fahey
DOB: ███████

To Whom It May Concern:

Dianna is an 18-year-old young woman that I follow with a history of focal epilepsy involving the left upper extremity.  She has generalized tonic and left-sided hemiclonic seizures that occur mostly in sleep.  The etiology of her epilepsy is likely related to a right frontocortical malformation.  She underwent a laser ablation to that area in October of 2019 following sEEG monitoring.

Current medications include:
cenobamate 100 mg oral tablet  = 1 tab QAM
cenobamate 200 mg oral tablet  = 1 tab QPM
lacosamide 100 mg oral tablet, 150 mg = 1.5 tab BID
levETIRAcetam 500 mg oral tablet, 2 tabs (1000mg) in AM and 3 tabs (1500mg) in PM
LORazepam 1 mg oral tablet, give 1 mg  for clusters of 3 or more seizures in 1 hour
midazolam (Nayzilam 5 mg/inh nasal spray), 10 mg Nasal 1time (5mg in each nostril) for seizure >5min or seizure cluster

I enthusiastically support her decision to live on campus this fall at Curry College. She should register with the health services office. She continues to have brief nocturnal seizures (5-30 seconds in duration) although exact seizure frequency is unclear.  There have been no daytime events in many months.

Our team is happy to answer questions school team may have on Dianna's health needs.

Sincerely,

Chellamani Harini, M.D.
Attending Physician in Epilepsy