# EXHIBIT B

**\* Auth (Verified) \***


Boston Children's Hospital
Until every child is well

**BCH MRN**  **DIANNA FAHEY**
**DOB:** ▓▓▓▓ **Age:** 18 years

**Prepared by:** MICHELLE LAURENZA
**Plan Date:** Jul 25, 2023, 12:02 PM

## Seizure Action Plan and Medication Orders - electronically SIGNED by CHELLAMANI HARINI, MD on Jul 25, 2023, 02:49 PM

**Epilepsy Diagnosis:** Refractory Epilepsy
**Seizure Type(s):** 1. Arousal from sleep, has repetitive eye blinking, followed by left arm stiffening and rhythmic jerks (15-30sec) 2. Eyelid fluttering, usually from sleep with tensing of the face and upper torso with or without trembling
**Seizure Trigger(s):** arousal from sleep
**Special Considerations:**
**Primary Neurologist:** Dr. Chellamani Harini | 617-▓▓▓▓

### GREEN GO - You are doing well!

**You have all of these:**
- ✓ Baseline seizure activity
- ✓ Well rested
- ✓ No fever or cold
- ✓ No missed medication doses
- ✓ Trying to control patient specific triggers

**Daily Medications**
- Keppra (levetiracetam)
- Xcopri (cenobamate)
- Vimpat (lacosamide)
- Oxtellar XR (oxcarbazepine)

### YELLOW CAUTION - Slow Down/Pay Attention

**You have any of these:**
- ✓ Seizure Cluster (3 or more seizures in 1 hour)

**Rescue Medication - Medication Order**

LORazepam ( LORazepam 1 mg oral tablet )
**Directions:** 1 tab (1mg) PO for clusters of 3 or more seizures in 1 hour

Dianna to carry lorazepam in her back pack for self administration.

### RED - Activate Seizure Rescue Plan

**You have any of these:**
- ✓ Long convulsive seizure

**Seizure first aid:**
- ✓ Stay calm, keep track of time
- ✓ Turn patient on side
- ✓ Do not restrain
- ✓ Remove sharp objects
- ✓ Do not place anything in the mouth
- ✓ Watch breathing closely

**Rescue Medication - Medication Order**

midazolam ( Nayzilam 5 mg/inh nasal spray )
**Directions:** 10 mg Nasal 1time (5mg in each nostril) for seizure >5minutes

- 911 to be called for convulsive seizure, trouble breathing/turning blue, injury sustained or concerns
- Rescue medication midazolam (Nayzilam) to be administered per orders IF trained personell staff available
- Notify Epilepsy at 617-355-7970 from 8AM-5PM or call 617-355-6000 and ask for the neurologist or epileptologist on-call to be paged after-hours.

* Auth (Verified) *


Boston Children's Hospital
Until every child is well

**Consent for administration of medication in school:**

I consent to have the school nurse personnel designated by the school nurse administer the medication as prescribed on the first page for DIANNA FAHEY

_____

Parent/Guardian Name           Parent/Guardian Signature           Date

**Authorization for student self-administration of medication in school:**
I have instructed this student in the proper way to use his/her medication. Medications administered must be consistent with school policy and a medication plan must be developed with the school nurse in accordance with the Massachusetts Governing the Administration of Prescription Medication in Public and Private School (105CMR 210.000). Translated copies of the regulation can be obtained from the Massachusetts Department of Public Health, 250 Washington Street, Boston, MA 02118. It is my professional opinion that this student may self-administer the medication and may be allowed to carry and use his/her medications by him/herself.

_____

Comments/Special Instructions

_____

Provider/Guardian Name           Provider/Guardian Signature           Date