# EXHIBIT C

**Erik Muurisepp** <░░░░░░░░@curry.edu>                                              8/11/2023 3:48 PM

# Follow Up - Curry College

To Fahey, Dianna Marie (Student) <░░░░░░@students.curry.edu> • dan-f░░░░░░ <░░░░░░░░░░> • marief░░░░░░ <░░░░░░░░>

Hello Dianna, Mr and Mrs Fahey;

Thank you for your collaboration as we have assessed Dianna's request to become a resident student for this academic year.
As we discussed on our call Thursday morning (8.10.23), after careful review of the extensive medical documentation you provided and conversations shared, should Dianna choose to live on campus at Curry, I am sharing the following information. Please know that we share this information in our responsibility for a duty of care for Dianna and to help Dianna, and all our students, be successful and safe.

- as noted in medical documentation, Dianna can't live in a single room (or by herself) on campus
- we wouldn't and can't have you ask a roommate to take on the responsibility of monitoring or caring for DF as a peer and roommate - should an emergency situation arise within the residential space.
- In the same spirit, should an assigned roommate feel it is too much, or not be a good match, and choose to move out, we would need to then ask Dianna to move off campus until a new roommate could be identified - as noted earlier she can't live alone.
- we can offer a double room, without a roommate, but would require a Personal Care Attendant to be with her overnight (as that's when the greatest concern for the documented medical event may be). This would be at your cost. Should this be the outcome, we would then work with you on the steps to finalize this.
- Dianna is still able to attend Curry as a commuter student and participate in all academic and social events as any Curry student would.

I am happy to discuss this further with you next week, should you want to review.
I thank you for your patience and understanding as we worked on this recent request to change from commuter status to residential status.

Thank you,
Erik


***Erik Muurisepp, Ed.D.***

Vice President, Student Affairs &
Dean of Students
**Curry College**
Division of Student Affairs
*he/him/his*

*College Address: 1071 Blue Hill Ave, Milton, MA*
*Student Affairs Office: 1016 Brush Hill Road*
*617.███ - Student Affairs*
*617.███ - direct*