# EXHIBIT D



Division of Epilepsy & Clinical Neurophysiology
Boston Children's Hospital
300 Longwood Avenue Boston,
Massachusetts 02115 *phone*: 617-███-████ | *fax*: 617-███-████

August 17, 2023

Re: Dianna Fahey
DOB: ███████

To Whom It May Concern:

Dianna is an 18-year-old young woman that I follow with a history of focal epilepsy involving the left upper extremity. She has generalized tonic and left-sided hemiclonic seizures that occur mostly in sleep. Dianna does not require special housing accommodations for the upcoming academic year.

Sincerely,

Chellamani Harini, M.D.
Attending Physician in Epilepsy

## VERIFICATION

I, Dianna Fahey, hereby certify as follows:

1.    I am one of the Plaintiffs listed in the above VERIFIED COMPLAINT.

2.    I have read the VERIFIED COMPLAINT and on my own personal knowledge I know that the facts set forth therein are true, except for those alleged upon information and belief, and as to those matters I believe them to be true.

3.    I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 4th day of October 2023 in Abington, Massachusetts.

*Dianna Fahey*
Dianna Fahey

## VERIFICATION

I, Daniel Fahey, hereby certify as follows:

1. I am one of the Plaintiffs listed in the above VERIFIED COMPLAINT.

2. I have read the VERIFIED COMPLAINT and on my own personal knowledge I know that the facts set forth therein are true, except for those alleged upon information and belief, and as to those matters I believe them to be true.

3. I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 4th day of October 2023 in Abington, Massachusetts.

*/s/ Daniel Fahey*
Daniel Fahey

## VERIFICATION

I, Marie Fahey, hereby certify as follows:

1. I am one of the Plaintiffs listed in the above VERIFIED COMPLAINT.

2. I have read the VERIFIED COMPLAINT and on my own personal knowledge I know that the facts set forth therein are true, except for those alleged upon information and belief, and as to those matters I believe them to be true.

3. I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 4th day of October 2023 in Abington, Massachusetts.

_____
Marie Fahey

## VERIFICATION

I, Peter A. Hahn, hereby certify as follows:

1. I am the attorney for the Plaintiffs in the above VERIFIED COMPLAINT.

2. I have read the VERIFIED COMPLAINT and on my own personal knowledge I know that the facts set forth therein are true, except for those alleged upon information and belief, and as to those matters I believe them to be true.

3. I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 4th day of October 2023 in Newton, Massachusetts.

_____
Peter Hahn